IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

HARLEY HAZZARD

    Plaintiff,

v.                                 Docket No. 3:12-cv-00282
                                    Jury Demand

TT OF F. FRANKLIN, INC.       Campbell/Brown

    Defendant.

## STIPULATION OF DISMISSAL

Come the parties, pursuant to FRCP 41(a)(1)(A)(ii), and would show the court that there is an agreement that plaintiff claims should be dismissed, without prejudice and that this matter shall be submitted to binding arbitration.

Respectfully submitted,


s/James L. Harris No. 014173
Attorney at Law
2400 Crestmoor Road
Nashville, Tennessee 37215
Phone 615-260-3677
Fax 615-297-6855
jhar401@comcast.net


s/James W. Cameron III
CameronWorley, P.C.
112 Westwood Place, Suite 240
 Brentwood, TN 37027
(615) 515-1080
Email: jwc@cwf-law.com