UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HARLEY HAZZARD | ) | |
| | ) | |
| v. | ) | NO. 3:12-0282 |
| | ) | JUDGE CAMPBELL |
| TT OF F. FRANKLING, INC. | ) | |

ORDER

The Court is in receipt of a Stipulation of Dismissal (Docket No. 9). Accordingly, the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE